IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

B.G.S.,                                              :
                                                     :
     Petitioner,                              :
                                                     :
v.                                                   :       CASE NO.: 7:26-CV-142 (WLS-CHW)
                                                     :
Warden, IRWIN DETENTION                              :
CENTER, *et al.*,                                    :
                                                     :
     Respondents.                             :
_____:

## ORDER

Before the Court is Petitioner's Emergency Motion for Temporary Restraining Order (Doc. 2), filed on May 4, 2026. Therein, Petitioner seeks a temporary restraining order (TRO) granting her immediate release from Respondents' custody, or in the alternative, an order requiring Respondents to provide her with a pre-deprivation bond hearing within fourteen days. (Doc. 2-1 at 19–20). Petitioner further seeks a TRO to enjoin Respondents from transferring Petitioner out of this District or deporting her during the pendency of the underlying proceedings. (*Id.*)

Petitioner's case is similar to the hundreds of other cases this Court has been inundated with over the last several months. While each petitioner personally feels that his or her case is an emergency, most do not qualify for emergency TRO relief. The Court has established an expedited system to determine whether a detainee is entitled to a detention hearing. Indeed, the Court entered an Order instructing Respondents to provide Petitioner with a bond hearing by Tuesday, May 12, 2026. (Doc. 4). As such, Petitioner's Motion (Doc. 2) is **DENIED as moot.**

**SO ORDERED**, this _5th_ day of May 2026.

_____
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT