**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **BRENDA GARRO SALAZAR,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | Case No. 7:26-CV-142 |
| | ) | |
| **TODD LYONS,** Acting Director of ICE; **WARDEN**, Irwin Detention Center; **KRISTEN SULLIVAN,** Acting ERO Director of Atlanta Field Office, U.S. Immigrationand Customs Enforcement ("ICE"); **MARKWAYNE MULLIN,** Secretary of the U.S Department of Homeland Security**; TODD BLANCHE,** Attorney General of the United States; and **WILLIAM KEYES,** U.S. Attorney for the Middle District of Georgia, in their official capacities, | ) | |
| | ) | |
| **Respondents.** | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Petitioner and her counsel hereby give notice that the above-captioned action is voluntarily dismissed against the Respondents.

SO ORDERED this 1st day of September, 2026

W. Louis Sands

W. Louis Sands, SR. Judge
United States District Court

Respectfully submitted this 28th day of August, 2026.

/s/ Johanna Cochran
by: Johanna Cochran
Georgia Bar No. 611902
*Attorney for the Petitioner*
johanna@cochranimmigration.com