IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| BRENDA GARRO SALAZAR, | * | |
| Petitioner, | * | |
| v. | * | Case No. 7:26-cv-142 (WLS-CHW) |
| WARDEN, IRWIN COUNTY DETENTION CENTER, et al., | * | |
| Respondents. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated 9/1/2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 2nd day of September, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk